UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRI L. COLLINS, | ) | No. EDCV 07-1661-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

  IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: July 27, 2009   /S/ ROSALYN M. CHAPMAN_____
             ROSALYN M. CHAPMAN
             UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1661.jud
7/27/09